Eric De Wames, State Bar No. 229745
edewames@messner.com
MESSNER REEVES LLP
11620 Wilshire Blvd.
Los Angeles, CA 90025
San Francisco, CA 94111
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

Neal F. Perryman (*pro hac vice forthcoming*)
nperryman@lewisrice.com
Michael L. Jente (*pro hac vice forthcoming*)
mjente@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**[~~PROPOSED~~] ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |

# ORDER

IT IS HEREBY ORDERED that defendant's deadline to respond to the Complaint is extended by an additional 30 days, up to and including August 15, 2016.

Dated: July 14, 2016

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE