1  Eric De Wames, State Bar No. 229745
   edewames@messner.com
2  MESSNER REEVES LLP
   11620 Wilshire Blvd.
3  Los Angeles, CA 90025
   San Francisco, CA 94111
4  Telephone: (310) 909-7440
   Facsimile: (310) 889-0896
5
   Neal F. Perryman (*admitted pro hac vice*)
6  nperryman@lewisrice.com
   Michael L. Jente (*admitted pro hac vice*)
7  mjente@lewisrice.com
   LEWIS RICE LLC
8  600 Washington Ave., Ste. 2500
   St. Louis, Missouri 63101
9  Telephone: (314) 444-7661
   Facsimile: (314) 612-7661

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO DIVISION

14

| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**STIPULATION AND [~~PROPOSED~~ ORDER] TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |
|---|---|

22

23    Plaintiff Prime Healthcare Services Shasta, LLC ("Plaintiff") and

24 Defendant Government Employees Health Association, Inc. ("Defendant"), by

25 and through their respective counsel of record, hereby stipulate as follows:

26    WHEREAS, the instant Complaint was served on Defendant on June 8,

27 2016;

28    WHEREAS, Defendant timely removed the action to the Eastern District

{02013255
1}

on July 7, 2016;

WHEREAS, the Parties are working cooperatively in exchanging information to understand the issues in this matter;

WHEREAS, the Parties stipulated to extend Defendant's deadline to respond to the Complaint to August 15, 2016;

WHEREAS, the Parties jointly agree to extend Defendant's deadline to respond to the Complaint by an additional 30 days;

NOW, THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate as follows:

1. The deadline for Defendant to respond to the Complaint be extended by an additional 30 days, up to and including September 14, 2016.

DATED:  August 12, 2016			Respectfully submitted,

By: /s/ Eric De Wames
Eric De Wames
MESSNER REEVES LLP

and

Neal F. Perryman (*admitted pro hac vice*)
Michael L. Jente (*admitted pro hac vice*)
LEWIS RICE LLC

Attorneys for Defendant
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC

1 **ORDER**

2     IT IS HEREBY ORDERED that Defendant's deadline to respond to the
3 Complaint is extended by an additional 30 days, up to and including September
4 14, 2016.

5 Dated:  August 15, 2016

                          WILLIAM B. SHUBB
6                           UNITED STATES DISTRICT JUDGE

{02013255 / 1}