Eric De Wames, State Bar No. 229745
edewames@messner.com
MESSNER REEVES LLP
11620 Wilshire Blvd.
Los Angeles, CA 90025
San Francisco, CA 94111
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

Neal F. Perryman (*admitted pro hac vice*)
nperryman@lewisrice.com
Michael L. Jente (*admitted pro hac vice*)
mjente@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**STIPULATION AND [PROPOSED] ORDER] TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT** |

Plaintiff Prime Healthcare Services Shasta, LLC ("Plaintiff") and Defendant Government Employees Health Association, Inc. ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the instant Complaint was served on Defendant on June 8, 2016;

WHEREAS, Defendant timely removed the action to the Eastern District on July 7, 2016;

1     WHEREAS, the Parties are working cooperatively in exchanging
2 information to understand the issues in this matter;

3     WHEREAS, the Parties stipulated to extend Defendant's deadline to
4 respond to the Complaint to September 14, 2016;

5     WHEREAS, the Parties jointly agree to extend Defendant's deadline to
6 respond to the Complaint by an additional 14 days;

7     NOW, THEREFORE, the Parties, by and through their respective counsel
8 of record, agree and stipulate as follows:

9     1.    The deadline for Defendant to respond to the Complaint be extended
10     by an additional 14 days, up to and including September 28, 2016.

12 DATED: September 13, 2016        Respectfully submitted,

By: /s/ Eric De Wames
Eric De Wames
MESSNER REEVES LLP

and

Neal F. Perryman (*admitted pro hac vice*)
Michael L. Jente (*admitted pro hac vice*)
LEWIS RICE LLC

Attorneys for Defendant
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.

{02042540 1}

STIPULATION TO CONTINUE RESPONSE DEADLINE    Case No. 2:16-cv-01559-WBS-CMK

**ORDER**

IT IS HEREBY ORDERED that Defendant's deadline to respond to the Complaint is extended by an additional 14 days, up to and including September 28, 2016.

Dated:  September 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE