Eric De Wames, State Bar No. 229745
edewames@messner.com
MESSNER REEVES LLP
11620 Wilshire Blvd.
Los Angeles, CA 90025
San Francisco, CA 94111
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

Neal F. Perryman (*admitted pro hac vice*)
nperryman@lewisrice.com
Michael L. Jente (*admitted pro hac vice*)
mjente@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

Plaintiff Prime Healthcare Services Shasta, LLC ("Plaintiff") and Defendant Government Employees Health Association, Inc. ("Defendant"), by and through their respective counsel of record, hereby advise the Court that they have reached a tentative settlement agreement in this matter. The Parties hereby request a stay of all pending deadlines for an additional thirty (30) days while an appropriate settlement agreement is finalized and executed.

DATED:  October 18, 2016          Respectfully submitted,


By: /s/ Eric De Wames
Eric De Wames
MESSNER REEVES LLP

and

Neal F. Perryman (*admitted pro hac vice*)
Michael L. Jente (*admitted pro hac vice*)
LEWIS RICE LLC

Attorneys for Defendant
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.


By: /s/ John Nuelle (w/consent)
John Nuelle
PRIME HEALTHCARE MANAGEMENT, INC.

Attorneys for Plaintiff
PRIME HEALTHCARE SERVICES – SHASTA, LLC d.b.a  SHASTA REGIONAL MEDICAL CENTER

**ORDER**

IT IS HEREBY ORDERED that:

1. All pending deadlines in this case are stayed for thirty (30) days, up to and including November 17, 2016.
2. The Parties shall, on or before November 21, 2016, file either a Notice of Dismissal or a Joint Status Update.
3. The Scheduling Conference is continued to December 5, 2016 at 1:30 p.m.

Dated:  October 21, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{02088356 / 1}

**Error! Unknown document property name.**

Case No. 2:16-cv-01559-WBS-CMK

2