Eric De Wames, State Bar No. 229745
edewames@messner.com
MESSNER REEVES LLP
11620 Wilshire Blvd.
Los Angeles, CA 90025
San Francisco, CA 94111
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

Neal F. Perryman (*admitted pro hac vice*)
nperryman@lewisrice.com
Michael L. Jente (*admitted pro hac vice*)
mjente@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**JOINT STATUS UPDATE** |

Plaintiff Prime Healthcare Services Shasta, LLC ("Plaintiff") and Defendant Government Employees Health Association, Inc. ("Defendant"), by and through their respective counsel of record, hereby advise the Court that they have been working diligently to reach a settlement agreement. In drafting the settlement agreement, the Parties uncovered an additional dispute, and have worked to resolve that dispute as well so as to avoid future litigation. As a result, the negotiating

-1-

process has taken longer than anticipated, but is expected to be completed in the coming days. As a result, the Parties hereby request that all pending deadlines be stayed for an additional thirty (30) days while the settlement agreement is finalized and executed.

DATED: November 18, 2016   Respectfully submitted,

By: */s/ Neal F. Perryman*
Neal F. Perryman (*admitted pro hac vice*)
Michael L. Jente (*admitted pro hac vice*)
LEWIS RICE LLC

and

*/s/ Eric DeWames*
Eric De Wames
MESSNER REEVES LLP

Attorneys for Defendant
GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.

By: */s/ John Nuelle* (w/consent)
John Nuelle
PRIME HEALTHCARE MANAGEMENT, INC.

Attorneys for Plaintiff
PRIME HEALTHCARE SERVICES – SHASTA, LLC d/b/a SHASTA REGIONAL MEDICAL CENTER

**ORDER**

IT IS HEREBY ORDERED that:

1. All pending deadlines in this case are stayed for thirty (30) days, up to and including December 19, 2016.
2. The Parties shall, on or before December 19, 2016, file either a Notice of Dismissal or a Joint Status Update.
3. The Scheduling Conference is continued to January 3, 2017 at 1:30 p.m.

Dated:  November 22, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-

**JOINT STATUS UPDATE**