Eric De Wames, State Bar No. 229745
edewames@messner.com
MESSNER REEVES LLP
11620 Wilshire Blvd.
Los Angeles, CA 90025
San Francisco, CA 94111
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

Neal F. Perryman (*admitted pro hac vice*)
nperryman@lewisrice.com
Michael L. Jente (*admitted pro hac vice*)
mjente@lewisrice.com
LEWIS RICE LLC
600 Washington Ave., Ste. 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661
Facsimile: (314) 612-7661

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PRIME HEALTHCARE SERVICES SHASTA, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-01559-WBS-CMK<br><br>**JOINT STATUS UPDATE** |

Plaintiff Prime Healthcare Services Shasta, LLC ("Plaintiff") and Defendant Government Employees Health Association, Inc. ("Defendant"), by and through their respective counsel of record, hereby advise the Court that they have reached an accord regarding a resolution of the above-referenced matter. The Parties hereby request that all pending deadlines be stayed for an additional thirty (30) days while the Parties perform their respective obligations pursuant to their accord, after which the Parties intend to file dismissal papers.

{02152818 / 1}JOINT STATUS UPDATE                                                        Case No. 2:16-cv-01559-WBS-CMK

DATED: December 19, 2016                    Respectfully submitted,

By: /s/ Neal F. Perryman
    Neal F. Perryman (*admitted pro hac vice*)
    Michael L. Jente (*admitted pro hac vice*)
    LEWIS RICE LLC

    and
    /s/ Eric DeWames
    Eric De Wames
    MESSNER REEVES LLP

    Attorneys for Defendant
    GOVERNMENT EMPLOYEES HEALTH ASSOCIATION, INC.


By: /s/ John Nuelle (w/consent)
    John Nuelle
    PRIME HEALTHCARE MANAGEMENT, INC.

    Attorneys for Plaintiff
    PRIME HEALTHCARE SERVICES – SHASTA, LLC d.b.a SHASTA REGIONAL MEDICAL CENTER

{02152818 / 1}JOINT STATUS UPDATE                                    Case No. 2:16-cv-01559-WBS-CMK

**ORDER**

IT IS HEREBY ORDERED that:

1. All pending deadlines in this case are stayed for thirty (30) days, up to and including January 18, 2017.
2. The Parties shall, on or before January 18, 2017, file either a Notice of Dismissal or a Joint Status Update.
3. The Scheduling Conference is continued to January 30, 2017 at 1:30 p.m.

Dated: December 20, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{02152818 / 1}    Case No. 2:16-cv-01559-WBS-CMK

2